UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS McKEOWN, JR. | : | |
| | : | |
| PLAINTIFF | : | |
| | : | |
| vs. | : | CIVIL ACTION –LAW |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | : | JURY TRIAL DEMANDED |
| | : | |
| | : | |
| DEFENDANT | : | NO: 2:22-cv-02858 |

### PRAECIPE TO WITHDRAW APPEARANCE

Kindly withdraw the appearance of Michael J. O'Neill, Esquire. Michael J. O'Neill is no longer employed by Fellerman & Ciarimboli Law PC, and his appearance is withdrawn.

Corey S. Suda Esquire, of Fellerman & Ciarimboli Law, PC is and remains counsel of record for Plaintiff.

        Respectfully submitted,

        **FELLERMAN & CIARIMBOLI LAW, PC**

        _____
        Corey S. Suda, Esquire
        183 Market Street, Suite 200
        Kington, PA  18704

Date:  March 6, 2023